IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT WALL, #13965-052                                            PLAINTIFF

VS.                                  CIVIL ACTION NO. 5:08-cv-274(DCB)(MTP)

UNKNOWN BLACK, ET AL.                                             DEFENDANTS

### FINAL JUDGMENT

This cause having come before the Court on the Report and Recommendation of Magistrate Judge Michael T. Parker, as well as the defendants' motion for summary judgment, and the Court having granted summary judgment in favor of all defendants in an Order of even date herewith;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE.

SO ORDERED AND ADJUDGED, this the 30th day of September, 2009.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE